# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT,<br><br>    Plaintiff,<br><br>  v.<br><br>SGT. RONALD VOGEL, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:13-cv-00525-SKO (PC)<br><br>ORDER GRANTING MOTION IN PART AND DIRECTING CLERK'S OFFICE TO PROVIDE PLAINTIFF WITH A COPY OF AMENDED COMPLAINT AND SECOND SCREENING ORDER<br><br>(Doc. 18)<br><br>THIRTY-DAY DEADLINE TO COMPLY WITH SECOND SCREENING ORDER |

      Plaintiff Durrell A. Puckett, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 12, 2013. On July 9, 2014, the Court issued a screening order authorizing service of Plaintiff's amended complaint and directing Plaintiff to return the service documents with twelve copies of his amended complaint. On August 25, 2014, Plaintiff returned one incomplete copy of his amended complaint with the service documents, accompanied by a motion requesting the Court accept the documents as is or issue an order directing the law librarian to make copies.

      Plaintiff's motion is partially granted in that the Court will provide him with another copy of the amended complaint and the screening order, which should suffice to demonstrate that Plaintiff has been ordered by the Court to send twelve copies of his amended complaint. Plaintiff should also provide the law librarian with a copy of this order.

Accordingly, Plaintiff's motion is HEREBY GRANTED in part, and the Clerk's Office is DIRECTED to send Plaintiff courtesy copies of his amended complaint and the second screening order.  (Docs. 9, 10.)   Plaintiff is GRANTED an additional **thirty (30) days** from the date of service of this order within which to comply with the second screening order.

IT IS SO ORDERED.

Dated:   **August 29, 2014**                    **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE

2