UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT,<br><br>            Plaintiff,<br><br>v.<br><br>SGT. RONALD VOGEL, et al.,<br><br>            Defendants. | Case No.  1:13-cv-00525-SKO (PC)<br><br>**ORDER GRANTING REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY FOR DEFENDANT ZAMORA**<br><br>(Doc. 40) |

Defendant ZAMORA, having filed a Request for court approval of substitution of attorney, seeks to substitute his current counsel Paul W. Tozer, Deputy Attorney General, of the Office of the Attorney General, with Susan E. Coleman, Esq., of Burke, Williams & Sorensen, LLP, as attorney of record.

For good cause shown, IT IS HEREBY ORDERED that hereinafter, Susan E. Coleman, Esq., of Burke, Williams & Sorensen LLP, will serve as counsel of record for Defendant ZAMORA in this action.

IT IS SO ORDERED.

Dated:   **February 10, 2015**           /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE