# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT,<br><br>  Plaintiff,<br><br>  v.<br><br>SGT. RONALD VOGEL, et al.,<br><br>  Defendants.<br>_____/ | Case No. 1:13-cv-00525-AWI-SKO (PC)<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT ZAMORA<br><br>(Docs. 39 and 48) |

On February 20, 2015, Defendant Zamora filed an answer to Plaintiff's amended complaint. Accordingly, application of the discovery and scheduling order filed on January 30, 2015, is extended to Defendant Zamora.

IT IS SO ORDERED.

Dated: **February 24, 2015**              **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE