1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT, | Case No. 1:13-cv-00525-AWI-SKO (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S SUMMARY JUDGMENT MOTION AS PROCEDURALLY DEFICIENT, AND DENYING DEFENDANTS' RULE 56(D) MOTIONS AS MOOT |
| v. | |
| SGT. RONALD VOGEL, et al., | |
| Defendants. | |
| | (Docs. 51, 52, 54, and 55) |

Plaintiff Durrell A. Puckett, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 12, 2013. This action for damages is proceeding on Plaintiff's amended complaint against Defendants Sanchez, Vogel, and Johnson for retaliation in violation of the First Amendment; against Defendants Sanchez, Vogel, Johnson, Dean, Bolander, Abadia, Lockhart, Zamora, Sisneros, Campos, and Callow for excessive force in violation of the Eighth Amendment; and against Defendants Sanchez, Vogel, and Johnson for violation of the Equal Protection Clause of the Fourteenth Amendment.

On March 4, 2015, Plaintiff filed a motion for summary judgment. Fed. R. Civ. P. 56(c). In response, Defendant Zamora filed a Rule 56(d) motion on March 9, 2015, and Defendants Sanchez, Vogel, Johnson, Dean, Bolander, Lockhart, Sisneroz, Campos, and Callow filed a Rule 56(d) motion on March 24, 2015. Fed. R. Civ. P. 56(d). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302; and on May 20,

1    2015, the Magistrate Judge issued findings and recommendations recommending Plaintiff's

2    motion be denied, without prejudice, on the ground that it is procedurally deficient and

3    Defendants' motions be denied as moot.  The parties did not file objections.

4         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

5    *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

6    and Recommendations to be supported by the record and by proper analysis.

7         Accordingly, IT IS HEREBY ORDERED that:

8         1.    The findings and recommendations, filed on May 20, 2015, are adopted in full;

9         2.    Plaintiff's motion for summary judgment, filed on March 4, 2015, is DENIED,

10              without prejudice, on procedural grounds; and

11        3.    Defendants' Rule 56(d) motions, filed on March 9, 2015, and March 24, 2015, are

12              DENIED as moot.

13

14   IT IS SO ORDERED.

15   Dated:   June 25, 2015

                                      SENIOR  DISTRICT  JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2