# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT, | Case No. 1:13-cv-00525-AWI-SKO (PC) |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO ADJUST DOCKET TO REFLECT WITHDRAWAL OF MOTION TO COMPEL |
| v. | |
| SGT. RONALD VOGEL, et al., | (Docs. 61 and 67) |
| Defendants. | |

Plaintiff Durrell A. Puckett, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 12, 2013. On June 12, 2015, Plaintiff filed a motion to compel discovery responses, and on July 8, 2015, he filed a notice of withdrawal of the motion.

Accordingly, the Clerk's Office shall adjust the docket to reflect withdrawal of the motion.

IT IS SO ORDERED.

Dated:  **July 9, 2015**                    **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE