# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT, | Case No. 1:13-cv-00525-AWI-SKO (PC) |
| Plaintiff, | ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT ABADIA |
| v. | |
| SGT. RONALD VOGEL, et al., | (Docs. 21 and 74) |
| Defendants. | |

Plaintiff Durrell A. Puckett, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 12, 2013. This action for damages is proceeding on Plaintiff's amended complaint against Defendants Sanchez, Vogel, and Johnson for retaliation in violation of the First Amendment; against Defendants Sanchez, Vogel, Johnson, Dean, Bolander, Abadia, Lockhart, Zamora, Sisneros, Campos, and Callow for excessive force in violation of the Eighth Amendment; and against Defendants Sanchez, Vogel, and Johnson for violation of the Equal Protection Clause of the Fourteenth Amendment.

///
///
///
///
///
///

On August 11, 2015, the final defendant to appear, Abadia, filed an answer to Plaintiff's amended complaint. Accordingly, application of the discovery and scheduling order filed on January 30, 2015, is HEREBY EXTENDED to Defendant Abadia.[1]

IT IS SO ORDERED.

Dated:     **August 12, 2015**                              /s/ Sheila K. Oberto
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Abadia admits Plaintiff exhausted his claim against her and therefore, it is unnecessary to extend the now-expired exhaustion motion deadline. (Doc. 74, ¶2.)