# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUCKETT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VOGEL, et al., <br><br> Defendants. | 1:13-cv-00525-AWI-SKO (PC) <br><br> ORDER REQUIRING DEFENDANTS TO NOTIFY COURT WHETHER SETTLEMENT CONFERENCE WOULD BE BENEFICIAL <br><br> (Doc. 85) <br><br> FIFTEEN (15) DAY DEADLINE |

Plaintiff, Durrell A. Puckett, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 12, 2013. This action for damages is proceeding on Plaintiff's amended complaint against Defendants Sanchez, Vogel, and Johnson for retaliation in violation of the First Amendment; against Defendants Sanchez, Vogel, Johnson, Dean, Bolander, Abadia, Lockhart, Zamora, Sisneros, Campos, and Callow for excessive force in violation of the Eighth Amendment; and against Defendants Sanchez, Vogel, and Johnson for violation of the Equal Protection Clause of the Fourteenth Amendment.

On January 26, 2016, Findings and Recommendation issued to deny the motions for summary judgment of both Plaintiff and Defendant Zamora. (Doc. 83.) On February 25, 2016, Plaintiff filed a motion requesting a settlement conference be set in this action. (Doc. 85.)

Accordingly, it is HEREBY ORDERED, that within **fifteen (15) days** of the date of service of this order, Defendants shall notify the Court whether they believe, in good faith, that settlement is a possibility in this case and whether they are interested in having a settlement

1

1  conference scheduled.

2

3  IT IS SO ORDERED.

4  Dated:   **February 29, 2016**                              **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE