# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT,<br><br>    Plaintiff,<br><br>    v.<br><br>SGT. RONALD VOGEL, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:13-cv-00525-SKO (PC)<br><br>ORDER GRANTING DEFENDANTS' LEAVE TO FILE PROPOSED MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>(Doc. 96) |

Plaintiff Durrell A. Puckett, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 12, 2013. On April 8, 2016, Defendants filed a motion for leave to file their proposed motion for judgment on the pleadings. (Doc. 96.)

Good cause having been shown, Defendant's motion is HEREBY GRANTED and their motion for judgment on the pleadings is deemed filed.[1]

IT IS SO ORDERED.

Dated: __April 12, 2016__            /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff will be instructed of his duties to file an opposition or statement of non-opposition by separate order.