# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VOGEL, et al.,<br><br>　　　　　Defendants. | **Case No. 1:13-cv-00525-AWI-SKO (PC)**<br><br>**SECOND INFORMATIONAL ORDER - NOTICE AND WARNING OF REQUIREMENTS FOR OPPOSING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(Doc. 97)**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

　　　　Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* for violation of his civil rights in this action pursuant to 42 U.S.C. § 1983. Defendants filed a motion for judgment on the pleadings on April 8, 2016. (Doc. 97.) Pursuant to *Woods v. Carey*, Nos. 09-15548, 09-16113, 2012 WL 262 6912 (9th Cir. Jul. 6, 2012), *Wyatt v. Terhune*, 315 F.3d 1108 (9th Cir. 2003), *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998), and *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), the Court hereby notifies Plaintiff of the following rights and requirements for opposing the motion:

　　　　1. Unless otherwise ordered, all motions are briefed pursuant to Local Rule 230(*l*).

　　　　2. Plaintiff is required to file an opposition or a statement of non-opposition to Defendants' motion. Local Rule 230(*l*). <u>If Plaintiff fails to file an opposition or a statement of non-opposition to the motion, this action may be dismissed, with prejudice, for failure to prosecute.</u> Local Rule 230(*l*) requires the opposition, or statement of non-opposition be filed not more than 21 days after the date of service of the motion. *Id.* However, Plaintiff is granted 21

days from the service of this order to file his opposition or statement of non-opposition.

       3. Failure to comply with this order, the Federal Rules of Civil Procedure, or the Local Rules of the Eastern District of California may result in the imposition of sanctions including but not limited to dismissal of the action or entry of default.

IT IS SO ORDERED.

Dated:   **April 12, 2016**                               **/s/ Sheila K. Oberto**
                                                             UNITED STATES MAGISTRATE JUDGE