1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8

9   DURRELL ANTHONY PUCKETT,

10          Plaintiff,

11      v.

12   VOGEL, et al.,

13          Defendants.

14

**1:13-cv-00525-AWI-SKO (PC)**

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTIONS FOR TEMPORARY RESTRAINING ORDERS**

**(Docs. 81, 107, 114, 125)**

15

16      Plaintiff, Durrell Anthony Puckett, is a state prisoner proceeding *pro se* and *in forma*

17  *pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a

18  United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19  Plaintiff is proceeding in this action on claims against Defendants Sanchez, Vogel, and Johnson

20  for retaliation in violation of the First Amendment; against Defendants Sanchez, Vogel, Johnson,

21  Dean, Bolander, Abadia, Lockhart, Zamora, Sisneros, Campos, and Callow for excessive force in

22  violation of the Eighth Amendment; and against Defendants Sanchez, Vogel, and Johnson for

23  violation of the Equal Protection Clause of the Fourteenth Amendment.

24      Plaintiff filed motions seeking temporary restraining orders and transfer from CSP-

25  Corcoran to CSP-Sacramento.  (Docs. 81, 107, 114.)  On September 2, 2016, the Magistrate

26  Judge issued a Findings and Recommendations to deny both motions.  (Doc. 125.)  The Findings

27  and Recommendations was served on that same date and provided thirty days for the parties to

28

1

file objections.  (*Id.*)  Despite lapse of more than the allowed time, no objections were filed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations, issued on September 2, 2016  (Doc. 125), is adopted in full; and

2.  Plaintiff's motions for temporary restraining orders, filed on December 28, 2015 (Doc. 81), April 21, 2016 (Doc. 107), and May 16, 2016 (Doc. 114) are DENIED.


IT IS SO ORDERED.

Dated:   September 21, 2016                          _____

SENIOR  DISTRICT  JUDGE

---

[1] It is noted that, since issuance of the Findings and Recommendations, Plaintiff has been moved to CSP-Sacramento.

2